# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| BSG TECH LLC | § | |
| | § | Case No. 2:14-CV-01124-RWS |
| v. | § | |
| | § | LEAD CASE |
| BEAUTY ENCOUNTER INC. | § | |
| | § | |
| v.    BODYBUILDING.COM, LLC, | § | Case No. 2:14-CV-01125-RWS |
| | § | (CONSOLIDATED) |
| | § | |

## ORDER

The Stipulated Motion for Dismissal with Prejudice of all claims and counterclaims asserted between Plaintiff BSG Tech LLC and Defendant Bodybuilding.com LLC, is GRANTED.

It is therefore ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between Plaintiff BSG Tech LLC and Defendant Bodybuilding.com LLC, are hereby DISMISSED WITH PREJUDICE.

It is further ORDERED that all costs, expenses and attorneys' fees are to be borne by the party that incurred them.  The Clerk is ORDERED to terminate Defendant Bodybuilding.com from the lead case, case number 2:14-cv-1124, and terminate the member case, case number 2:14-cv-1125.

IT IS SO ORDERED.

**SIGNED this 10th day of June, 2015.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE